556

No. 114. Posadas, Collector of Internal Revenue, *v.* National City Bank of New York. October 14, 1935. Petition for writ of certiorari to the Supreme Court of the Philippine Islands granted. *Mr. William Cattron Rigby* for petitioner. *Messrs. Harry W. Forbes* and *Carl A. Mead* for respondent.

No. 115. Public Service Commission of Puerto Rico *v.* Havemeyer et al. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. William Cattron Rigby, Benjamin J. Horton,* and *Nathan R. Margold* for petitioner. *Mr. Ralph S. Rounds* for respondents.

No. 116. Oklahoma ex rel. Oklahoma Tax Commission et al. *v.* Barnsdall Refineries, Inc. et al. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Oklahoma granted. *Messrs. C. D. Cund, C. W. King, E. L. Richardson, Edwin Dabney,* and *Earl Foster* for petitioners. *Messrs. Edward H. Chandler, James B. Diggs, R. W. Garrett, Wm. H. Zwick,* and *L. G. Owen* for respondents.

No. 125. Palmer Clay Products Co. *v.* Brown, Trustee. October 14, 1935. Petition for writ of certiorari to the Municipal Court of Boston, County of Suffolk, Massachusetts, granted. *Messrs. Frank H. Pardee, F. Paul Welsch,* and *Edward F. Smith* for petitioner. *Messrs. Harrison J. Barrett* and *Matthew Brown* for respondent.